UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>    Debtors, | Case No. 11-cv-02784 (UA) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br>    Plaintiff,<br><br>    - against -<br><br>THE BANK OF NEW YORK MELLON CORPORATION, *et al.*<br><br>    Defendants. | Chapter 11<br>No. 08-13555 (JMP)<br><br>Adversary Proceeding<br>No.: 10-03545 (JMP) |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Appellant / Proposed Intervenor Liquidators of Lehman Brothers Australia Limited.

I certify that I am admitted to practice in this court.

Dated: May 3, 2011

                                        s/ Eric F. Leon
                                        Eric F. Leon
                                        KIRKLAND & ELLIS LLP
                                        601 Lexington Avenue
                                        New York, New York  10022-4611
                                        Telephone:(212) 446-4800
                                        Facsimile: (212) 446-4900
                                        Email: eric.leon@kirkland.com

                                        *Attorneys for Appellant / Proposed Intervenor Liquidators of Lehman Brothers Australia Limited*