AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

### APPEARANCE

Case Number:  11-02784

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lehman Brothers Special Financing Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/9/2011 | /s/ Richard Slack |
| Date | Signature |
| | Richard Slack                    RS-3180 |
| | Print Name                       Bar Number |
| | 767 FIfth Avenue |
| | Address |
| | New York        New York        10153 |
| | City             State            Zip Code |
| | (212) 310-8000        (212) 310-8007 |
| | Phone Number          Fax Number |