UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

**LEHMAN BROTHERS HOLDINGS INC.**
-against-
**LEHMAN BROTHERS SPECIAL FINANCING INC.**

Docket Number: 11 CV 2784(CM)
NOTICE OF REASSIGNMENT

--------------------------------------------------------

The above-entitled action is:

| |
|---|
| [X] Reassigned to the Hon. Colleen McMahon (CM) |

| |
|---|
| [] Reassigned Referral to Hon. (), Magistrate Judge |

| |
|---|
| [] Reassigned Designation to Hon. (), Magistrate Judge |

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

Ruby J. Krajick
Clerk of Court

Dated: 5/26/2011

By: Philip Guarnieri
Deputy Clerk