UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:
LEHMAN BROTHERS HOLDINGS INC., et al.,
                Debtors.
------------------------------------------------------------X
LEHMAN BROTHERS SPECIAL FINANCING INC.,
                Plaintiff,

-against-

THE BANK OF NEW YORK MELLON
CORPORATION, et al.,
                Defendants.
------------------------------------------------------------X
DANTE FINANCE PLC MULTI-ISSUER SECURED
OBLIGATION PROGRAMME NOTEHOLDERS

LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED,
                Appellants,

-against-

LEHMAN BROTHERS SPECIAL FINANCING INC.,
                Appellee.
------------------------------------------------------------X

11 **CIVIL** 2404 (CM)
11 **CIVIL** 2784 (CM)
**JUDGMENT**

      Appellants having appealed from a Order of the United States Bankruptcy Court for the Southern District of New York; Appellee having move to dismiss the appeals, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on June 21, 2011, having rendered its Memorandum and Order dismissing Appellants' appeal of the Bankruptcy Court's February 18, 2011 order, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 21, 2011, Appellants' appeal of the Bankruptcy Court's February 18, 2011 order is dismissed.

**Dated:** New York, New York
June 24, 2011

RUBY J. KRAJICK
———————————————
Clerk of Court
BY:
*[signature]*
———————————————
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____