UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED

- against -

LEHMAN BROTHERS SPECIAL FINANCING, INC.



11 Civ. 2784 (CM)

**NOTICE OF APPEAL
IN A CIVIL CASE**

    Notice is hereby given that Liquidators of Lehman Brothers Australia Limited hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment granting Appellee Lehman Brothers Special Financing, Inc.'s Motion to Dismiss the Appeal of the Liquidators of Lehman Brothers Australia Limited entered in this action on the 24th day of June, 2011.

Dated: June 21, 2011

Eric F. Leon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
eric.leon@kirkland.com